U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
JAN 3 1 2024
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 24-cr-9-jdp |
| RAYMOND ARMOUR, a.k.a. Mo | 18 U.S.C. § 1591(a)(1)<br>18 U.S.C. § 1591(b)(2)<br>18 U.S.C. § 1591(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

From on or about February 1, 2023, through on or about February 3, 2023, in the Western District of Wisconsin, the defendant,

RAYMOND ARMOUR, a.k.a. Mo,

knowingly recruited, enticed, harbored, transported, provided, and maintained by any means "Known Victim 1," in and affecting interstate commerce, having had a reasonable opportunity to observe "Known Victim 1," knowing, and in reckless disregard of the fact, that "Known Victim 1" had not attained the age of 18 years and would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), & (c)).

## COUNT 2

From on or about February 1, 2023, through on or about February 3, 2023, in the Western District of Wisconsin, the defendant,

RAYMOND ARMOUR, a.k.a. Mo,

knowingly recruited, enticed, harbored, transported, provided, and maintained by any means "Known Victim 2," in and affecting interstate commerce, having had a reasonable opportunity to observe "Known Victim 2," knowing, and in reckless disregard of the fact, that "Known Victim 2" had not attained the age of 18 years and would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), & (c)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2024-01-31

_____
TIMOTHY M. O'SHEA
United States Attorney